# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-2** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JESSE ALLEN BURNEY,** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 28th day of April, 2021, upon consideration of defendant's *pro se* motion (Doc. 40) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 40) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED. See 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to close the corresponding civil case number 1:19-CV-1277.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania